BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6885
    FAX: (415) 436-6748
    Alex.Tse@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KULWANT KAUR,<br><br>                Plaintiff,<br><br>      v.<br><br>ROBIN BARRETT, Field Office Director, USCIS San Francisco; LEON RODRIGUEZ, Director, U.S. Citizenship and Immigration Services; JEH JOHNSON, Secretary, U.S. Department of Homeland Security LORETTA LYNCH, U.S. Attorney General,<br><br>                Defendants. | C 16-00761 KAW<br><br>**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [PROPOSED] ORDER** |

    1.    Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate her application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed.

    2.    USCIS is now prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a

STIPULATION TO REMAND
C16-00761 KAW

Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to USCIS, directing the agency to take any and all necessary actions, and issue a decision on Plaintiff's application for naturalization within 30 days of the remand order.

2. If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frame set forth in paragraph 1 above, Defendants will not oppose any request by Plaintiff to this Court to vacate the remand order and thereby re-assert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. § 1447(b). Each party will bear their own costs and attorney fees.

Date: March 18, 2016                                    Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

         /s/  Alex G. Tse
ALEX G. TSE
Assistant United States Attorney
Attorneys for Defendants

Dated: March 18, 2016                                    /s/ Sarah B. Castello
SARAH B. CASTELLO
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 4/1/16

KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO REMAND
C16-00761 KAW